AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Comcast of Massachusetts I, Inc.

V.

Richard Olson

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 11713 RWZ

TO: (Name and address of Defendant)

Richard Olson
41 Eugene Road
Burlington, MA 01803

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Harry Miles
Green, Miles, Lipton & Fitz-Gibbon LLP
P. O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-8218

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE AUG 17 2005

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

August 30, 2005

I hereby certify and return that on 8/29/2005 at 1:30PM I served a true and attested copy of the SUMMONS, COMPLAINT, CORPORATE DISCLOSURE STATEMENT, COVER SHEET, SHEET COVER SHEET in this action in the following manner: To wit, by leaving at the last and usual place of abode of RICHARD OLSON, , 41 EUGENE Road Burlington, MA 01803 and by mailing 1st class to the above address on 8/30/2005. Attest ($10.00), Basic Service Fee ($30.00), Conveyance ($3.60), Postage and Handling ($3.00), Travel ($8.32) Total Charges $54.92

*George A. Hooper*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                     Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.