**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **Comcast of Massachusetts I, Inc.** ("**Comcast**") | ) ) ) | Case No.: **1:05-cv-11713-RWZ** |
| | ) | **NOTICE OF APPEARANCE** |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| **Richard Olson** | ) ) | |
| Defendant | ) ) | |

Please enter my appearance as counsel for the Defendant in this action.

9/1/2005
Date

/s/ John M. McLaughlin
John M. McLaughlin
**Green, Miles, Lipton & Fitz-Gibbon LLP**
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061
Telephone:  (413) 586-8218
BBO No. 556328

1