UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **Comcast of Massachusetts I, Inc.** ("Comcast") | ) | Case No.: **1:05-cv-11713-RWZ** |
| | ) | |
| | ) | **WITHDRAWAL OF APPEARANCE** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **Richard Olson** | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

    Now comes Harry Miles, Esquire, who hereby withdraws his appearance in the above-captioned matter in behalf of the Plaintiff, **Comcast of Massachusetts I, Inc.,** of Burlington, Massachusetts. It is noted that successor counsel, John M. McLaughlin, has entered his appearance this day on behalf of the Plaintiff, **Comcast of Massachusetts I, Inc**.

9/1/2005                                                                    /s/ Harry Miles
Date                                                                               Harry Miles
                                                                                  **Green, Miles, Lipton & Fitz-Gibbon LLP**
                                                                                  77 Pleasant Street
                                                                                  P.O. Box 210
                                                                                  Northampton, MA 01061
                                                                                  Telephone: (413) 586-8218
                                                                                  BBO No. 345800