**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Comcast of Massachusetts I, Inc.**  ) | Case No.:  1:05-cv-11713-RWZ |
| ) | |
| Plaintiff,  ) | |
| ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs.  ) | **WITH PREJUDICE** |
| ) | |
| **Richard Olson**  ) | |
| ) | |
| Defendant  ) | |

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff discontinues the above-entitled action and dismisses the complaint with prejudice and without cost to either party. The Plaintiff hereby waives any right to appeal on this matter.

                                       Respectfully Submitted for the Plaintiff,
                                       Comcast of Massachusetts I, Inc.
                                       By Its Attorney,

10/12/2005                         /s/ John M. McLaughlin
Date                                 John M. McLaughlin
                                       **Green, Miles, Lipton & Fitz-Gibbon LLP**
                                       77 Pleasant Street
                                       P.O. Box 210
                                       Northampton, MA 01061
                                       Telephone:  (413) 586-0865
                                       BBO No. 556328

## CERTIFICATE OF SERVICE

    I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on this 12th day of October, 2005, a copy of the foregoing was mailed first class to:

Attorney John D. Masciarelli
Zero Governors Avenue, Suite 6
Medford, MA 02155

                                                  /s/ John M. McLaughlin
                                                  John M. McLaughlin, Esq.